# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SEBASTIAN GABRIEL HAHN

NO. 2026 KW 0574

**AUGUST 10, 2026**

---

In Re: Sabastian Gabriel Hahn, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 4392-F-2025, 4397-M-2025.

---

**BEFORE: WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED.**

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT